**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JADE SCHLINGER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **JADE SCHLINGER,** | No.   2:25-cv-00699-JDP |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **Frank Bisignano,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 25, 2025.

   This is a first extension, of less than two weeks. It is needed to allow plaintiff's counsel time to finish currently due briefing and other workload.

[Pleading Title] - 1

Dated:   June 6, 2025                                    /s/   *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


Dated:   June 6, 2025                                      */s/ per e-mail authorization*

                                                          JUSTIN L. MARTIN
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to June 25, 2025.

IT IS SO ORDERED.

Dated:   June 9, 2025                         _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE