**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JADE JULIE SCHLINGER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **JADE JULIE SCHLINGER,** | No.   2:25-cv-00699-JDP |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Frank Bisignano, **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to August 29, 2025.

    This is a first extension regarding this reply brief. The reason for this is that plaintiff's counsel, who also handles other cases besides these appeals, has been confronted with seven cases either newly lodged and requiring opening briefs or requiring reply briefs because of cross-

[Pleading Title] - 1

motions within the last less than two weeks, in addition to an eighth, a reply brief currently being worked on.

Dated:  August 1, 2025                                    /s/    *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


Dated:  August 1, 2025                                     */s/ per e-mail authorization*
                                                          SHARON LAHEY
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to August 29, 2025.

IT IS SO ORDERED.

Dated:   August 5, 2025                                   _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE