**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JADE JULIE SCHLINGER**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **JADE JULIE SCHLINGER,** | No.   **2:25-cv-00699-JDP** |
|            **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
|      **v.** | |
| **Frank Bisignano,** **COMMISSIONER OF SOCIAL SECURITY,** | |
|            **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to September 2, 2025.

This is a second extension regarding this reply brief, but of what amounts to only one business day. The reasons for this are the same as before: plaintiff's counsel has had to redistribute eight opening and reply briefs otherwise due over about 10 days, plus in this case the briefs are

[Pleading Title] - 1

mildly long because plaintiff's discusses 14 impairments in its first argument, and defendant presents five arguments.

Dated:   August 25, 2025                                          /s/    *Jesse S. Kaplan*
                                                                  JESSE S. KAPLAN
                                                                  Attorney for Plaintiff


Dated:   August 25, 2025                                           */s/ per e-mail authorization*
                                                                  SHARON LAHEY
                                                                  Special Assistant U.S. Attorney
                                                                  Attorney for Defendant

**ORDER**

   For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to September 2, 2025.

IT IS SO ORDERED.

Dated:   August 26, 2025                           _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE